UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHAWN LAWTON and GINA
JOHNSONLAWTON, on their own behalf and on
behalf of their minor son, I.L, *et al.*,

                             Plaintiffs,

-against-

SUCCESS ACADEMY CHARTER SCHOOLS,
INC., *et al.*,

                           Defendants.

15 Civ. 7058 (FB)(SMG)

---

## MOTION TO WITHDRAW APPEARANCE OF CHRISTOPHER N. LAVIGNE

     Upon the accompanying affirmation of Christopher N. LaVigne, the undersigned

respectfully moves this Court to withdraw the appearance of Christopher N. LaVigne on behalf

of Defendants Success Academy of Fort Greene and Success Academy Charter Schools, Inc.

Dated: September 27, 2018
       New York, New York

By:                                   
Christopher N. LaVigne
Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, Fifth Floor
New York, NY 10010

(213) 262-9333

*Counsel for Defendants Success Academy of Fort
Greene and Success Academy Charter Schools, Inc.*