

New York Lawyers
For The Public Interest, Inc.
151 West 30th Street, 11th Floor
New York, NY 10001-4017
Tel 212-244-4664 Fax 212-244-4570
TTY 212-244-3692 www.nylpi.org

June 8, 2020

**VIA ECF**

Hon. Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Lawton, et al. v. Success Academy, et al.*, 15-cv-7058-FB-SMG
             **Joint Status Report**

Dear Judge Gold:

We write jointly on behalf of the parties in the above-referenced matter to provide the Court with a status report pursuant to Your Honor's Order dated May 4, 2020.

The parties are unable to agree on the amount of attorneys' fees. Therefore, Plaintiffs are preparing a motion regarding the same. The parties have agreed upon and propose the following schedule for briefing the issue of attorneys' fees and costs before Your Honor:

- July 8, 2020 – Plaintiffs' motion for attorneys' fees and costs
- August 10, 2020 – Defendants' opposition to Plaintiffs' motion
- August 24, 2020 – Plaintiffs' reply

The parties jointly request Your Honor's assistance in facilitating prompt payment to the Plaintiffs of the agreed upon settlement amount while attorneys' fees are litigated. During these unprecedented and uncertain times, it is the parties' preference that Plaintiffs receive their settlement as promptly as possible. Accordingly, the parties request a brief telephonic conference on either June 15th or June 17th – 18th (subject to the Court's availability) with Your Honor to discuss the issue.

We thank Your Honor for your consideration.

                                              Respectfully submitted,

NEW YORK LAWYERS FOR        SUCCESS ACADEMY CHARTER
THE PUBLIC INTEREST             SCHOOLS

*/s/ Christopher Schuyler*              */s/ Aaron M. Safane*

| | |
|---|---|
| Ruth Lowenkron<br>Brian T. FitzPatrick<br>Christopher Schuyler<br>151 West 30th Street, 11th Floor<br>New York, New York 10001<br>Tel: 212-244-4664<br>rlowenkron@nylpi.org<br>bfitzpatrick@nylpi.org<br>cschuyler@nylpi.org | Aaron M. Safane<br>Halimah I. Famuyide<br>95 Pine Street, Floor 6<br>New York, NY 10005<br>Tel: 347-302-5974<br>aaron.safane@successacademies.org<br>halimah.famuyide@successacademies.org<br>*Attorneys for Success Academy Charter Schools, Inc. and Success Academy Charter Schools - NYC* |
| STROOCK & STROOCK & LAVAN LLP | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| */s/ Kayley R. McGrath* | */s/ Henry V. Hutten* |
| Alan M. Klinger<br>Kayley R. McGrath<br>TaLona H. Holbert<br>180 Maiden Lane<br>New York, New York 10038<br>Tel:  212-806-5400<br>aklinger@stroock.com<br>kmcgrath@stroock.com<br>tholbert@stroock.com | Linda H. Martin<br>Henry V. Hutten<br>601 Lexington Avenue<br>31st Floor New York, NY 10022<br>Tel: 212-277-4000<br>linda.martin@freshfields.com<br>henry.hutten@freshfields.com<br>*Attorneys for Candido Brown* |
| ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS | |
| */s/ Laura D. Barbieri* | |
| Arthur Z. Schwartz<br>Laura D. Barbieri<br>225 Broadway, Suite 1902<br>New York, New York 10007<br>Tel:  212-285-1400<br>aschwartz@afjlaw.com<br>lbarbieri@advocatesny.com | |
| *Attorneys for Plaintiffs* | |

cc:   All counsel of record (via ECF)