UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHAWN LAWTON and GINA JOHNSON-LAWTON, on their own behalf and on behalf of their minor son, I.L.; FOLAKE WIMBISH, on her own behalf and on behalf of her minor son, S.S.; FOLAKE OGUNDIRAN, on her own behalf and on behalf of her minor daughter, M.C.; MONIQUE JEFFREY, on her own behalf and on behalf of her minor son, B.S.; and SHANICE GIVENS, on her own behalf and on behalf of her minor son, C.S.,

      Plaintiffs,

 -against-

SUCCESS ACADEMY CHARTER SCHOOLS, INC.; SUCCESS ACADEMY FORT GREENE; CANDIDO BROWN; and JANE DOES 1-3 and JOHN DOES 1-3,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER OF JUDGMENT**

Civil Action No. 15 Civ. 7058-FB-SMG

 **UPON** the infant compromise application submitted to this Court by plaintiffs, Shawn Lawton and Gina Johnson-Lawton, on their own behalf and on behalf of their minor son, I.L., Folake Wimbish, on her own behalf and on behalf of her minor son, S.S., Folake Ogundiran, on her own behalf and on behalf of her minor daughter, M.C., Monique Jeffrey, on her own behalf and on behalf of her minor son, B.S., and Shanice Givens, on her own behalf and on behalf of her minor son, C.S. (collectively, "Plaintiffs") who commenced the above-captioned action by filing a complaint in the United States District Court for the Eastern District of New York on or about December 10, 2015 under the above-captioned Civil Action No. 1:15-cv-7058-FB-SMG, which action was later consolidated with 1:16-cv-00630-AMD-SMG on May 2, 2016, seeking compensatory damages and other relief for alleged violations of Plaintiffs' rights under, *inter*

*alia*, Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, and 42 U.S.C. § 1983 by Defendant Success Academy Charter Schools, Inc., Defendant Success Academy Fort Greene, and Defendant Candido Brown; upon the annexed Offer of Judgment, dated February 7, 2020 having been accepted by Plaintiffs on February 21, 2020; and the Court having considered the submissions of the parties; and the Court having heard such argument of counsel as the record may show; and for the reasons set forth on the record; and for good cause shown;

 **IT IS** on this 22 day of July, 2020

 **ORDERED** that Plaintiffs' infant compromise application is **GRANTED**.

          /S/ Frederic Block
          ~~Hon. Steven M. Gold, U.S.D.J.~~